NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR-14-551-THE** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER TO CONTINUE COURT DATES AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| JESSIES DEMINGS, | Date: September 28, 2015 to October 19, 2015 |
| Defendant | Time: 2:30 p.m. |
| | Judge: Hon. Thelton Henderson |

## ORDER

Based upon the representation of counsel and for good cause shown, hereby continues the trial dates in the captioned matter from September 28, 2015 to October 19, 2015. The Court finds that failing to exclude the time between September 28, 2015 and October 19, 2015 would unreasonably deny defense counsel and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by continuing this matter and excluding the time between September 28, 2015 and October 19, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the Status Conference and Hearing on this matter be continued from September 28, 2015 to October 19, 2015 for a Change of Plea. It is further ORDERED that time between September 28, 2015 and October 19, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). IT IS SO ORDERED.

September  17 , 2015

_____
HON. THELTON HENDERSON
UNITED STATES DISTRICT JUDGE