1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

4

5

6

7

8

9

| UNITED STATES OF AMERICA, | 14-551<br>CASE NO. CR-~~14-152~~-TEH |
|---|---|
| Plaintiff, | |
| v. | **[~~PROPOSED~~] ORDER TO CONTINUE COURT DATES AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| JESSIES DEMINGS, | Date: October 19, 2015 to December 7, 2015<br>Time: 2:30 p.m. |
| Defendant | Judge: Hon. Thelton Henderson |

10

**ORDER**

the Court                        change of plea

11    Based upon the representation of counsel and for good cause shown,^ hereby continues the ~~trial~~

12    date**s** in the captioned matter from October 19, 2015 to December 7, 2015. The Court finds that

13    failing to exclude the time between October 19, 2015 and December 7, 2015 would

14    unreasonably deny defense counsel and counsel for the government the reasonable time

15    necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

16    § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by continuing this

17    matter and excluding the time between October 19, 2015 and December 7, 2015 from

18    computation under the Speedy Trial Act outweigh the best interests of the public and the

19    defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the this matter is

20    continued from October 19, 2015 to December 7, 2015 for Entry of Plea. It is further

21    ORDERED that time between October 19, 2015 and December 7, 2015 shall be excluded from

22    computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).   IT IS SO

23    ORDERED.

24    October 15, 2015

25    _____

HON. THELTON HENDERSON

26    UNITED STATES DISTRICT JUDGE

27

28